FILED, ENTERED AND NOTED IN
CIVIL JUDGMENT BOOK
January 25, 2006
PATRICK E. DUFFY, CLERK

By_____

# United States District Court

FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| CLIFFORD J. HENNEN<br><br>Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security<br><br>Defendant. | JUDGMENT<br><br>CASE NUMBER: CV-05-070-GF-CSO |
|---|---|

**IT IS ORDERED AND ADJUDGED** that the Commissioner's decision denying DIB is affirmed, the Commissioner's motion for summary judgment is GRANTED and Hennen's motion for summary judgment is DENIED.

DATED this 25th day of January, 2006.

PATRICK E. DUFFY, CLERK
UNITED STATES DISTRICT COURT

    /S/RENATE WELDELE
BY RENATE WELDELE, DEPUTY CLERK